UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

**STEPHEN T. MCPHERSON,** *on behalf of himself and all others similarly situated,*

        Plaintiff,

v.

        Civil No.  2:22cv249

**CARLOS DEL TORO,** *Secretary of the Navy and the Board for the Correction of Naval Records,*

        Defendant.

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.**  This action came for decision before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** Defendant Secretary Carlos Del Toro and the BCNR's motion to dismiss the first amended complaint (ECF No. 28) is GRANTED. Accordingly, Claims I, II, and III of the first amended complaint (ECF No. 26) are DISMISSED WITH PREJUDICE for failure to state a claim.

DATED:  11/15/2023                                    FERNANDO GALINDO, Clerk

                                                                 By           /s/          
                                                                           M. Reese, Deputy Clerk